# UNITED STATES DISTRICT COURT FOR
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:09-CR-229-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Michael Terrelonge, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the defendant's motion filed on April 12, 2010, and entitled Document 19, be placed under seal.

Signed: April 14, 2010

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Defendants