IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00229-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL GENE TERRELONGE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a preliminary injunction presumably against prison officials for allegedly refusing to notarize affidavits and engaging in intimidating tactics, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure. (Doc. No. 108).

The defendant's complaints about the conditions of his confinement must be filed in the district of confinement, which is now USP Allenwood in the Middle District of Pennsylvania. See e.g. 28 U.S.C. § 2241(d).

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion for a preliminary injunction, (Doc. No. 108), is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 1, 2017

Robert J. Conrad, Jr.
United States District Judge