IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00229-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL GENE TERRELONGE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motions of the defendant pro se to dismiss his case based on alleged defects in the indictment and lack of jurisdiction. (Doc. Nos. 116, 117).

The defendant is serving a 744 month sentence after being convicted by a jury on October 19, 2010, of robbing multiple banks with a firearm. (Doc. No. 57: Verdict; Doc. No. 82: Judgment). He now complains that the Bill of Indictment fails to detail the parties' names, addresses, and other "required" elements. Such a claim is untimely because it must be raised prior to trial. Fed. R. Crim. 12(b)(3)(B). Additionally the defendant asserts the Court lacked jurisdiction over his case because he did not "present" himself and because Title 18 of the United States Code is void. His position is not supported by any legal authority. The Bill of Indictment clearly alleges the defendant violated 18 U.S.C. §§ 2, 371, 924(c), and 2113(a) and (d) within this District and elsewhere. Thus, the Court properly exercised jurisdiction over his case. 18 U.S.C. § 3231; Fed. R. Crim. P. 18.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motions to dismiss, (Doc. Nos. 116, 117), are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: September 1, 2017

Robert J. Conrad, Jr.
United States District Judge