IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00229-RJC-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL GENE TERRELONGE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for resentencing in light of <u>Sessions v. Dimaya</u>, 138 S. Ct. 1204 (2018), because that decision allegedly invalidated 18 U.S.C. § 924(c). (Doc. No. 144).

The defendant's conviction and sentence became final in 2013 when he did not seek a writ of certiorari from the Supreme Court after his conviction and sentence were affirmed by the United States Court of Appeals for the Fourth Circuit. (Doc. No. 105: Opinion). Accordingly, the defendant must seek relief pursuant to 28 U.S.C. § 2255. However, the Court denied his previous motion under § 2255, (Doc. No. 120: Order), and the defendant has not shown that the Court has jurisdiction to consider another post-conviction attack on his sentence.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 144), is **DISMISSED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: August 15, 2018

Robert J. Conrad, Jr.
United States District Judge