IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CR-00229-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MICHAEL GENE TERRELONGE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's second Motion for Compassionate Release. (Doc. No. 206).

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motion within fourteen (14) days of the entry of this Order.

Signed: November 20, 2023

Robert J. Conrad, Jr.
United States District Judge